1  RAJIV DHARNIDHARKA (Bar No. CA-234756)
   rajiv.dharnidharka@dlapiper.com
2  ANDREW D. DAY (Bar No. CA-300958)
   andrew.day@dlapiper.com
3  **DLA PIPER LLP (US)**
   2000 University Avenue
4  East Palo Alto, California 94303-2250
   Tel:   650.833.2000
5  Fax:   650.833.2001

6  Attorneys for Defendant
   LUNERA LIGHTING, INC.
7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10                  **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 11  JIAXING SUPER LIGHTING ELECTRIC APPLIANCE CO., LTD. AND GREEN DEAL LTD., | CASE NO.  3:18-cv-05091-SVK |
| 13           Plaintiffs, | **STIPULATION AND ORDER AS MODIFIED CONTINUING DEADLINES (1) FOR DEFENDANT TO FILE OPPOSITION TO PLAINTIFFS' MOTION FOR RIGHT TO ATTACH ORDER AND ISSUANCE OF WRIT OF ATTACHMENT [ECF NOS. 10-11] AND (2) FOR PLAINTIFFS TO FILE OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION AND TO STAY PENDING ARBITRATION [ECF NO. 16]** |
| 14       v. | |
| 15  LUNERA LIGHTING, INC., | |
| 16           Defendants. | |
| | Room:   Courtroom ~~6~~ 5 |
| | Judge:  ~~Hon. Susan van Keulen~~ |
| | Hon. Edward M. Chen |

# STIPULATION AND ORDER

On August 20, 2018, Plaintiffs Jiaxing Super Lighting Electric Appliance Co., Ltd. ("Super Lighting") and Green Deal Ltd. ("Green Deal") (collectively "Plaintiffs") filed a breach of contract complaint against Defendant Lunera Lighting, Inc. ("Lunera"). On August 31, 2018, Plaintiffs filed a motion for right to attach order and issuance of writ of attachment ("Writ Motion") with a hearing date noticed for October 9, 2018. The Court then continued the hearing date on the Writ Motion to October 16. On September 13, 2018, Defendant appeared in the action by filing its motion to compel arbitration and to stay proceedings pending arbitration ("Motion to Compel Arbitration") with a hearing date of October 23. Defendant also filed its declination to magistrate judge jurisdiction. Based on this declination, the case will be assigned to a District Court Judge and the Writ Motion and the Motion to Compel Arbitration will be heard by the yet- to-be-assigned District Court Judge at a yet-to-be-determined date.

Additionally, Defendant requested additional time from Plaintiffs to prepare and file its opposition to the Writ Motion because Defendant just appeared through counsel in the case. Plaintiffs agreed to provide additional time for Defendant to prepare and file its opposition to the Writ Motion. Defendant likewise agreed to provide additional time for Plaintiffs to prepare and file their opposition to the Motion to Compel Arbitration.

Therefore, the parties stipulate and request that the Court order that Plaintiffs' deadline to file their opposition to the Motion to Compel Arbitration and Defendant's deadline to file its opposition to the Writ Motion to be continued to the later of (1) 14 days after the District Court Judge is assigned to the case or (2) 21 days before the hearing date set by the District Court Judge for the respective motion.

///
///
///
///
///
///

SO STIPULATED.

Dated: September 14, 2018     ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ James Thompson*
    ROBERT S. SHWARTS
    JAMES THOMPSON
    LAUREN M. KESSLER
    Attorneys for Plaintiffs

Dated: September 14, 2018     DLA PIPER LLP (US)

By: */s/ Rajiv Dharnidharka*
    RAJIV DHARNIDHARKA
    ANDREW D. DAY
    Attorneys for Defendant

Motion hearings re: [11] and [16] are RESET for hearing before Judge Edward Chen on 11/8/2018 at 1:30 p.m., Courtroom 5, 17th Floor, San Francisco, CA. Oppositions for both motions due 10/1/2018; replies for both motions due 10/8/2018.

PURSUANT TO THE PARTIES' STIPULATION, SO ORDERED.

Dated: September 18, 2018

EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

**ATTESTATION PER CIVIL L.R. 5-1(i)**

I, Rajiv Dharnidharka, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order. In compliance with N.D. Cal. Civ. L.R. 5.1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the other signatory.

                              */s/ Rajiv Dharnidharka*
                              Rajiv Dharnidharka